IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**DIANA I. LAGARES SANTANA**<br>Debtor<br><br>**EMI EQUITY MORTGAGE**<br>Movant<br><br>Vs.<br><br>**DIANA I. LAGARES SANTANA**<br>**ALEJANDRO OLIVERA RIVERA**<br>Respondant | CASE NO. 18-07127(ESL)<br><br>CHAPTER 13<br><br>INDEX _____ |

## MOTION REQUESTING THAT STAY BE LIFTED

1. This Court has jurisdiction under 28 USC 1334 and 157(a) and the General Order of referral of Title 11 Proceedings to the United States Bankruptcy Court for the District of Puerto Rico dated July 19, 1984 (Torruella, C.J.).

2. Venue is vested in this Court under 28 U.S.C. 1409 as debtor filed for protection within this district.

3. Debtor file for protection on December 6, 2018, and list as property of the estate the property described in the Spanish language as follows:

    ---Urbana: Solar marcado con el #167, em el plano de inscripción de la Urbanizacion Borinquen Valley, en el termino municipal de Caguas, Puerto Rico con un área superficial de 528.26 metros

cuadrados. En lindes por el NORTE, en 12.71 metros con el solar #158; por el SUR, en 19.11 metros con el solar #296' por el ESTE, en 33.5 metros con el solar #166 y la calle Guayo y por el OESTE, en 33.55 metros con el área de "Buffer Zone" y el solar #157.---------------
--Enclava una residencia construida de hormigón armado de una planta que consta de 3 dormitorios, un baño, sala-comedor y cocina.-

4. As a matter of fact, the property referred was foreclosed on October 18, 2018, as appears from "Acta de Subasta", enclosed as Exhibit "A". Deed of Sale of the same date, as Exhibit "B". Sale confirmed by the court on December 20, 2018.

1. The property was acquired by Movant herein.
2. Instant proceeding was filed on December 6, 2018, after the sale.
3. The judicial sale was a regularly conducted judicial sale.
4. As things stand today, although the property is no longer property of the estate, the Debtor does not want to abandon same.
5. Enclosed as exhibit "C" Servicemembers Civil Relief Act of 2003 for Debtor
6. Alejandro Oliveras Rivera, Trustee, is included as an indispensable party.

**WHEREFORE** it is respectfully requested that this Motion BE GRANTED, and accordingly, that an order be entered Ruling that the property described herein is protected by the stay awarding $176.00 in cost, with such further relief as is deemed appropriate under the circumstances.

*In San Juan, Puerto Rico, this 30th, day of January 2019.*

**WVS LAW LLC**
*17 México St., Suite D-1*
*San Juan, PR 00917-2202*
*Tel: 787-756-5730*
*Fax: 787-764-0340*
*Email: wvslawllc@gmail.com*
*S/Wallace Vazquez Sanabria*
**allace Vazquez Sanabria**-*125101*



EXHIBIT A

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE CAGUAS
SALA SUPERIOR

| | |
|---|---|
| E.M.I. EQUITY MORTGAGE, INC<br><br>DEMANDANTE<br><br>VS.<br><br>DIANA IVELISSE LAGARES SANTANA<br><br>DEMANDADA | CIVIL NUM.: E CD2017-0786 (802)<br><br>SOBRE:<br><br>COBRO DE DINERO Y EJECUCION DE HIPOTECA<br>(VÍA ORDINARIA) |

## ACTA DE PRIMERA SUBASTA

El Alguacil del Tribunal de Primera Instancia de Puerto Rico, Centro Judicial de Caguas, Sala Superior que suscribe en cumplimiento con un Mandamiento de Ejecución de Sentencia librado por la Secretaría de este Honorable Tribunal en el caso de epígrafe, señalé la celebración de la venta en pública subasta del inmueble que más adelante se describe.

Que procedí a celebrar la Primera Subasta según anunciada el día **18 DE OCTUBRE DE 2018, A LAS 9:30 DE LA MAÑANA**, en las oficinas del Alguacil que suscribe sitas en el Tribunal de Primera Instancia, Centro Judicial de Caguas, Sala Superior.

Teniendo a la vista el Edicto de Subasta anunciando al público el señalamiento para la celebración de la presente subasta procedí a ofrecer en pública subasta al mejor postor y por moneda del cuño legal de los Estados Unidos de América todo derecho, título o interés de las partes demandadas sobre la finca número 56941, inscrita al Folio 82 del Tomo 1685 de Caguas, Registro de la Propiedad de Caguas, Sección Primera, que ubica en: **167 CALLE GUAYO, URB. BORINQUEN VALLEY, CAGUAS, PR 00725** y que se describe a continuación:

> ---**URBANA**: Solar marcado con el #167, en el plano de inscripción de la Urbanización Borinquen Valley, en el término municipal de Caguas, Puerto Rico, con un área superficial de 528.26 metros cuadrados. En lindes por el **NORTE**, en 12.71 metros con el solar #158; por el **SUR**, en 19.11 metros con el solar #296; por el **ESTE**, en 33.5 metros con el solar #166 y la calle Guayo y por el OESTE, en 33.55 metros con el área "Buffer Zone" y solar #157.---------------
>
> ---**ENCLAVA**: Una residencia construida de hormigón armado de una planta que consta de 3 dormitorios, un baño, sala-comedor y cocina.-----------------------------------------------------

El Edicto de Subasta describe la propiedad a ser vendida, se refiere sucintamente a la sentencia a ser satisfecha mediante la subasta, expresa el sitio, día y hora que se habría de celebrar la venta, y expone el precio mínimo del remate.

Ejec 817
102153

Según pactado en la Escritura de Hipoteca que es objeto de este procedimiento el precio mínimo para esta Primera Subasta para la venta de esta finca fue la suma de **$127,922.00.**

Que llegada la hora anunciada para el remate comencé el acto anunciando la subasta en alta voz para la concurrencia de licitadores.

El acto de subasta dio comienzo a la hora, fecha y sitio indicados en el Edicto de Subasta publicado, dando el Alguacil lectura íntegra y en alta voz a dicho Edicto y/o dando el Edicto de Subasta por leído al amparo de la Regla 105.1 del Reglamento General para la Ejecución de la Ley del Registro de la Propiedad Inmobiliaria de e invitando a las personas allí presentes a hacer ofertas por la finca objeto de remate y a base del precio mínimo de remate correspondiente.

La parte demandante compareció a la subasta representado por _Cabiree Medina Fernandez_.

La parte demandante ofreció la cantidad de **$127,922.00.** La oferta fue anunciada en alta voz por tres (3) veces consecutivas y no habiendo quien mejorara dicha oferta el Alguacil suscribiente adjudicó en venta el inmueble antes descrito a la parte demandante como licitador por el precio de $127,922.00 en abono a la Sentencia y a favor de quién otorgaré la correspondiente Escritura de Venta Judicial. Según el derecho aplicable, la orden y el mandamiento de ejecución queda facultado el alguacil para lanzar al deudor de la propiedad pudiendo para ello romper puertas, portones y cerraduras que impiden acceso.

**EN TESTIMONIO DE LO CUAL,** suscribo la presente en _Caguas_, Puerto Rico, a _18_ de _Octubre_ de 2018.

ANGEL GÓMEZ GÓMEZ
Alguacil
Placa 583
ALGUACIL DE SUBASTAS
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE CAGUAS
SALA SUPERIOR

---NÚMERO: TRESCIENTOS OCHENTA Y SIETE (387)---

---ESCRITURA VENTA JUDICIAL Y CANCELACIÓN DE PAGARÉ-

---En San Juan, Puerto Rico, hoy día dieciocho (18) de octubre del año dos mil dieciocho (2018).--------

----------------------ANTE MI----------------------

---JAIME E. DAVILA SANTINI, Abogado y Notario Público de Puerto Rico, con oficinas y residencia en San Juan, Puerto Rico.------------------------

----------------------COMPARECEN:----------------------

---DE UNA PARTE: LA ADMINISTRACIÓN DE TRIBUNALES DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, representada por Ángel Gómez Gómez, mayor de edad, casado y vecino de San Lorenzo, Puerto Rico, en su carácter de Alguacil del Tribunal de Primera Instancia, Centro Judicial de Caguas, Sala Superior, debidamente cualificado y en posesión de su cargo.--

---DE LA OTRA PARTE: E.M.I EQUITY MORTGAGE INC., entidad organizada y existente bajo las Leyes del Estado Libre Asociado de Puerto Rico, cuya dirección es Avenida Ponce de León, número mil seiscientos cincuenta y uno (1651) suite doscientos tres (203), San Juan, Puerto Rico 00909, representada por **HECTOR BERRIOS SAEZ, TAMBIEN CONOCIDO COMO HECTOR BERRIOS,** mayor de edad, casado, ejecutivo y vecino de Guaynabo, Puerto Rico, quien me ha acreditado sus facultades para ejecutar este documento donde y cuando fuere menester mediante una resolución suscrita el veintitrés (23) de enero de dos mil dieciocho (2018) ante el notario Jaime E. Davila Santini, Affidávit Número Tres Mil Novecientos Setenta y Cuatro (3,974). La Resolución antes mencionada fue revisada y examinada por el Notario Público autorizante y cumple con los requisitos de ley.----------------------------------------



- 1 -

---DOY FE de conocer personalmente a los comparecientes y por sus dichos la doy también de su edad, estado civil, profesión y vecindad. Me aseguran tener, y a mi juicio tienen, la capacidad legal necesaria para este otorgamiento, y en tal virtud los comparecientes libre y voluntariamente.--

------------------------EXPONEN:------------------------

---PRIMERO: En el caso civil de cobro de dinero y ejecución de hipoteca por la vía ordinaria, seguido por E.M.I Equity Mortgage Inc., v. Diana Ivelisse Lagares Santana, en el Tribunal de Primera Instancia de Puerto Rico, Centro Judicial de Caguas, Sala Superior, caso Civil Número "ECD2017-0786 (802)" se solicitó la ejecución de una hipoteca que garantiza un pagaré a favor de **E.M.I Equity Mortgage Inc.**, o a su orden por la suma principal de **CIENTO VEINTISIETE MIL NOVECIENTOS VEINTIDÓS DÓLARES ($127,922.00)** más intereses al cuatro punto cincuenta (4.50%) por ciento anual y dicha hipoteca fue constituida el veintiocho (28) de febrero de dos mil quince (2015), mediante la escritura número cien (100) otorgada ante el Notario Jaime E. Dávila Santini y consta inscrita al Tomo Karibe de Caguas, finca número cincuenta y seis mil novecientos cuarenta y uno (56,941), Registro de la Propiedad de Caguas, Sección Primera, inscripción Octava (8va). La referida hipoteca gravan la siguiente propiedad:----

---**URBANA: Solar marcado con el número ciento sesenta y siete (#167), en el plano de inscripción de la Urbanización Borinquén Valley, en el término municipal de Caguas, Puerto Rico, con un área superficial de quinientos veintiocho punto veintiséis (528.26) metros cuadrados. En lindes por el NORTE, en doce punto setenta y uno (12.71) metros con el solar número ciento cincuenta y ocho (#158); por el SUR, en diecinueve punto once (19.11) metros con el solar número doscientos noventa y seis (#296); por el ESTE, en treinta y tres punto cinco (33.5) metros con el solar número ciento sesenta y seis (#166) y la calle Guayo y por el OESTE, en treinta y tres punto cincuenta y cinco (33.55) metros con el área "Buffer Zone" y solar número ciento cincuenta y siete**



- 2 -

(#157).----------------------------------------

---**ENCLAVA**: Una residencia construida de hormigón armado de una (1) planta que consta de tres (3) dormitorios, un (1) baño, sala-comedor y cocina.------

---Inscrita al Folio ochenta y dos (82) del tomo mil seiscientos ochenta y cinco (1,685) de Caguas, finca número cincuenta y seis mil novecientos cuarenta y uno (56,941), Registro de la Propiedad de Caguas, Sección Primera.---------------------------------

---Número de Catastro: "277-033-339-01-000".---------

---**SEGUNDO**: El Tribunal dictó Sentencia a favor de la parte demandante, el treinta y uno (31) de mayo de dos mil dieciocho (2018), la cual es final, firme e inapelable.----------------------------------------

---**TERCERO**: Una vez final, firme e inapelable dicha Sentencia, el Tribunal dictó la Orden de Ejecución de Sentencia y Venta de Bienes.----------------------

---**CUARTO**: En cumplimiento del referido Mandamiento, el Alguacil de dicho Tribunal expidió el Edicto de Subasta.----------------------------------------------

----**QUINTO**: En el expediente del Tribunal obran la Declaración Jurada acreditativa de haber colocado los Avisos de Subasta en los lugares públicos allí expresados y la Declaración Jurada del periódico The San Juan Daily Star, acreditativa de haber publicado el Edicto de Subasta en un periódico de circulación general de Puerto Rico y las notificaciones de la subasta a la parte demandada por correo certificado con acuse de recibo.---------------------------------

---**SEXTO**: A tenor con el Edicto de Subasta el Alguacil del Tribunal procedió a la venta en pública subasta de la propiedad objeto del procedimiento, adjudicándose la misma a **E.M.I EQUITY MORTGAGE INC., POR LA SUMA DE CIENTO VEINTISIETE MIL NOVECIENTOS VEINTIDÓS DÓLARES ($127,922.00)**, en abono a su Sentencia, según consta del Acta de Primera Subasta.--------------------------------------------

----------------------------------------------



- 3 -

---SEPTIMO: Y con estos precedentes, el compareciente Alguacil, en su carácter oficial, por la presente vende, cede, adjudica y traspasa a favor de **E.M.I. EQUITY MORTGAGE, INC.**, la propiedad inmueble descrita en el expositivo Primero, con todos sus usos, derechos, accesiones y servidumbres sin reserva ni limitación de clase alguna.------------

----OCTAVO: Se realiza esta venta **POR LA SUMA DE CIENTO VEINTISIETE MIL NOVECIENTOS VEINTIDÓS DÓLARES ($127,922.00)**, que fue la mayor oferta que se hizo en el acto de la subasta, no existiendo transferencia de dinero, quedando de este modo consumada la venta.----------------------------------

----NOVENO: E.M.I Equity Mortgage Inc., entra en la inmediata posesión material, real y pacífica del inmueble objeto de esta compraventa, a partir de la fecha de este otorgamiento y sin más requerimientos que el mismo.---------------------------------------

---DECIMO: E.M.I Equity Mortgage Inc., entrega al Notario suscribiente el pagaré original otorgado a su favor y que fue garantizado con la hipoteca que dio lugar a la ejecución que se ha llevado a cabo según los procedimientos anunciados anteriormente, y solicita del suscribiente Notario que proceda a cancelar el referido pagaré a tenor con la Sentencia antes mencionada.----------------------------------

---Yo, el Notario, siguiendo las instrucciones recibidas y luego de haberme cerciorado de la identidad de dicho pagaré, procedo a cancelar el mismo escribiendo la palabra CANCELADO en su faz y taladrando las firmas de sus otorgantes en dicha obligación.--------------------------------------------

---Los comparecientes solicitan del Señor Registrador de la Propiedad que cancele en sus



- 4 -

libros la hipoteca que actualmente grava la propiedad descrita en esta escritura y que por la presente se cancela.------------------------------

---Sobre la citada propiedad se presentó un **aviso de demanda** incoada en el presente caso y que finalizó con la ejecución de hipoteca que se ha llevado a cabo según los procedimientos antes enunciados, por lo que también solicita del Señor Registrador de la Propiedad que, conforme a los Artículo cincuenta y dos (52) de la Ley del Registro de la Propiedad Inmobiliaria del Estado Libre Asociado de Puerto Rico, Ley Doscientos Diez (210) guión dos mil quince (2015) y por confusión de derechos, cancele la referida **anotación de demanda**.----------------------

------------------------------------------------
------------------------------------------------

----------ACEPTACION, OTORGAMIENTO Y LECTURA--------
--- Los comparecientes aceptan la presente escritura en todas sus partes por encontrarla redactada conforme a sus instrucciones y yo, el Notario, DOY FE de haberles hecho las advertencias de ley pertinentes, en particular las siguientes:----------
------------------------------------------------

---[i] Se le advirtió a las partes que la presente Escritura no será inscrita en el Registro de la Propiedad hasta tanto se una copia certificada de la Orden de Confirmación de Adjudicación o Venta Judicial según dispone la "Ley núm. 210-2015", Ley del Registro de la Propiedad Inmobiliaria del Estado Libre Asociado de Puerto Rico, según enmendada.------

---[ii] El Alguacil desconoce la presencia de pintura de plomo y de peligros en la vivienda objeto de esta venta judicial.-----------------------------

---[iii] El Alguacil no cuenta con informes o evaluaciones relacionados con la presencia de



- 5 -

pintura a base de plomo en la vivienda objeto de esta venta judicial.------------------------------------

---[iv] E.M.I Equity Mortgage Inc., tiene derecho de recibir información sobre la presencia de pintura a base plomo y de los peligros en la vivienda con los informes o evaluaciones relacionados con la presencia o ausencia de pintura a base de plomo y el folleto informativo de la "Environmental Protection Agency". Ante esta advertencia, E.M.I Equity Mortgage Inc., manifiesta a este Notario que cuenta con dicho folleto con anterioridad a este otorgamiento.-------------------------------------------

---[v] E.M.I Equity Mortgage Inc., expresamente renuncia a su derecho de realizar evaluación o inspección de la propiedad, y manifiesta estar completamente consciente y satisfecho con la condición actual de la misma; que encuentran apta para el uso al que habrá de destinarla y ha acordado adquirirla y aceptarla en la condición en que se encuentra actualmente ["as is"], relevando al Alguacil de cualquier vicio o defecto oculto o aparente, de diseño y/o construcción, incluyendo la presencia de pintura a base de plomo en la estructura y sus verjas, portones, encintado de marquesina y otros anexos.-----------------------------
--------------------------------------------------
---[vi] Las partes han manifestado a este Notario que no hubo agente o corredor de bienes raíces envuelto en esta transacción.-------------------------
---Así lo dicen y otorgan los comparecientes ante mí, el Notario, luego de haber renunciado al derecho que tienen de leerla por sí y se ratifican en su contenido y la suscriben, fijando las iniciales de sus nombres en todos y cada uno de los Folios de esta escritura y firmando cada uno de los



- 6 -

comparecientes al final del último, ante mí, el Notario, quien DOY FE de todo lo consignado en el presente instrumento público, el cual firmo, signo, rubrico y sello.----------------------------------------

...s correspondientes sellos de Rentas Internas y el Impuesto Notarial han sido cancelados en el original de esta escritura Certifico que esta es copia fiel de la primera copia certificada.



NOTARIO PUBLICO



- 7 -

Department of Defense Manpower Data Center

**EXHIBIT C**



Status Report
Pursuant to Servicemembers Civil Relief Act

SSN: XXX-XX-9585
Birth Date:
Last Name: LAGARES
First Name: DIANA
Middle Name: IVELISSE
Status As Of: Jan-30-2019
Certificate ID: 56HZPW1044ZFFR3

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955