# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

**Debtor:** DIANA IVELISSE LAGARES SANTANA
**Case Number:** 18-07127-ESL13
**Date / Time / Room:** 02/26/2019 09:00 am osjcrt2
**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE
**Courtroom Clerk:** MARITZA FEIJOO
**Reporter / ECR:** CARLOS APONTE

**Chapter:** 13

### Matter:

Doc# 16 Motion for Relief From Stay Under 362 [e] filed by EMI Equity Mortgage, Inc. Filing fee: 181 With Declaration under servicemember civil relief act of 2003. Collateral: Urb Borinquen Valley, Caguas. Post Petition Arrears: Forclosed.
Doc# 21 Debtor's Response

### Appearances:

ALEJANDRO OLIVERAS RIVERA    *Enrie Cortes-Rosa.*
ROBERTO FIGUEROA CARRASQUILLO ✓
WALLACE VAZQUEZ SANABRIA ✓ *EMI mtg.*

### Proceedings:

ORDER:

____ Upon debtor(s)' failure to:____ oppose;____ appear at the hearing scheduled for this date;____ make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Debtor shall provide adequate protection to movant by:
  ____ curing the arrears within ____ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

____ Parties are granted ____ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

____ The automatic stay is hereby modified for loan mitigation/modification purposes only. The parties shall inform the Court within ____ days on the status of the process.

____ Movant's application to withdraw the motion is hereby granted.

__X__ Other: EMI argues that public sale took place prior to petition date, and pending judicial sale does not affect judicial sale; Debtor argues that new step of court approval is necessary for perfection of judicial sale. Parties are granted 30 days to file legal memoranda on the issue; Replies are due 14 days thereafter.

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge