IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

DIANA IVELISSE LAGARES SANTANA

DEBTOR(S)

CASE NO. 18-07127-ESL

CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 3

2. The liquidation value of the estate is $: to be determined

3. The general unsecured pool is $: 0.00

AMENDED PLAN DATE: January 30, 2019         PLAN BASE: $21,000.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 7/6/2020

[ ] FAVORABLE        [X] UNFAVORABLE

1. [X] FEASIBILITY 11 USC § 1325(a)(6):

Debtor has arrears in the amount of $2,650. ( 6 months). Trustee notes that a step up payment on month 12 was included in plan however, debtor make the payment of $150.00.

[X] OTHER:

Per opinion and order filed by the court at dkt 35 the property at Urb. Borinquen Valley, Caguas, was transferred to EMI pre-petition. This property is not part of the estate. Debtor is asked to amend schedules A/B in order to delete property; Amend plan in order to delete treatment to EMI Equity on part 3.1; also, the mortgage payment needs to deleted from schedule J and used the disposable income to fund the plan. The liquidation value at present value of this case cannot be determined until this amendment is made.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta

Atty: ROBERTO FIGUEROA

USDC # 208910
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - DA